# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Arturo Bobea<br>    Debtor(s)<br><br>Quicken Loans Inc., its successors and/or assigns<br>    Movant<br>    vs.<br><br>Arturo Bobea<br>    Debtor(s)<br><br>Lynn E. Feldman Esq.<br>    Trustee | CHAPTER 7<br><br><br><br>NO. 18-11270 ref<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of Quicken Loans Inc., which was filed with the Court on or about **March 27, 2018**.

                                    Respectfully submitted,

                                    **/s/ Kevin G. McDonald, Esquire**
                                    Kevin G. McDonald, Esquire
                                    Rebecca A. Solarz, Esquire
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    215-627-1322

March 29, 2018