# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Arturo Bobea**                                                                                     Case No.   **18-11270**
                                              Debtor(s)                                                     Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **April 6, 2018**                                **/s/ Arturo Bobea**
                                                        **Arturo Bobea**
                                                        Signature of Debtor