```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania

In re:                                                      Case No. 18-11270-ref
Arturo Bobea                                                Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: SaraR          Page 1 of 2            Date Rcvd: Apr 09, 2018
                             Form ID: 210U        Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2018.
db             +Arturo Bobea,    2205 Fairview St.,    Reading, PA 19609-1781
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14086634       +Allstate,    2038 Penn Avenue,    Reading, PA 19609-2057
14086635       +American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
14086636       +Berks Center for Digestive Health,    P.O. Box 1056,    Blue Bell, PA 19422-0287
14086637       +Capital One Bank,    P.O. Box 71083,    Charlotte, NC 28272-1083
14086638       +Comcast,    2777 Papermill Road,    Reading, PA 19610-3329
14086639       +Compel Fitness,    25935 Detnoit Road #336,    Westlake, OH 44145-2452
14086641       +Direct TV,    P.O. Box 5014,    Carol Stream, IL 60197-5014
14086643       +Golds Gym,    1119 Bern Road,    Reading, PA 19610-2060
14086644       +New York City Funding,    146 South Liberty Dr #115,    Stony Point, NY 10980-2452
14086645       +Office Space Rental,    134 North 5th Street,    Reading, PA 19601-3431
14086647       +PPL Electric,    501 North Reading Road,    Ephrata, PA 17522-9690
14086646       +Patient First,    2600 Papermill Road,    Reading, PA 19610-3362
14086648       +Premiere Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
14086649       +Progressive Insurance,    6300 Wilson Mills Road,    Cleveland, OH 44143-2182
14077796       +Quicken Loans Inc.,    c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14086651        Reading Hospital,    420 South Avenue,    Reading, PA 19611
14086653       +Riverfront Credit Union,    430 South 4th Street,    Reading, PA 19602-2698
14086654       +Sping Township,    2850 Windmill Road,    Reading, PA 19608-1668
14086655        Wells Fargo,    420 Montgomery Street,    Van Nuys, CA 91404
14086656       +West Reading Radiology,    NTL Recovery Agency,    2491 Paxton Street,
                 Harrisburg, PA 17111-1036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2018 01:48:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2018 01:48:49     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14086640       +E-mail/Text: csd1clientservices@cboflanc.com Apr 10 2018 01:48:59
                 Credit Bureau of Lancaster City,    P.O. Box 1271,    Lancaster, PA 17608-1271
14086642       +E-mail/Text: bankruptcynotices@dcicollect.com Apr 10 2018 01:49:00     Diversified Consultants,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-2805
14086650       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 10 2018 01:48:48     Quicken Loans,
                 1050 Woodwind Avenue,    Detroit, MI 48226-1906
14086652       +E-mail/Text: colleen.atkinson@rmscollect.com Apr 10 2018 01:49:05     Receivables Management,
                 P.O. Box 17305,    Richmond, VA 23226-7305
                                                                                             TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14086657         West Wyo Services LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR              Page 2 of 2            Date Rcvd: Apr 09, 2018
                              Form ID: 210U            Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Arturo  Bobea NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

___

In Re: Arturo Bobea                                                                      Case No: 18−11270−ref

    Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 4/9/18

For The Court

Timothy B. McGrath
Clerk of Court

22
Form 210U