Certificate Number: 12433-PAE-DE-030961332

Bankruptcy Case Number: 18-11270



12433-PAE-DE-030961332

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 30, 2018</u>, at <u>6:13</u> o'clock <u>PM EDT</u>, <u>Arturo Bobea</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 30, 2018</u>          By:    <u>/s/Lance Brechbill</u>

　　　　　　　　　　　　　　　　　　Name:  <u>Lance Brechbill</u>

　　　　　　　　　　　　　　　　　　Title:  <u>Teacher</u>